1  JOSHUA A. SLIKER, ESQ
   Nevada Bar No. 12493
2  **JACKSON LEWIS P.C.**
   300 S. Fourth Street, Suite 900
3  Las Vegas, Nevada 89101
   Telephone: (702) 921-2460
4  Email: joshua.sliker@jacksonlewis.com

5
   *Attorneys for Defendant*
6  *4283929 Delaware, LLC*

7              **UNITED STATES DISTRICT COURT**

8                    **DISTRICT OF NEVADA**

9  CURT WEIMAN,                          Case No.:

10          Plaintiff,

11    vs.                                **NOTICE TO FEDERAL COURT OF**
                                         **REMOVAL OF CIVIL ACTION**
12  4283929 DELAWARE, LLC; GATEWAY US    **FROM STATE COURT**
    HOLDINGS, INC.; GATEWAY SERVICES,
13  INC.; DOES I through V; and DOE
    CORPORATIONS I through V,
14
            Defendants.
15

16          Pursuant to 28 U.S.C. § 1332(d), Defendant 4283929 Delaware, LLC ("Defendant") hereby

17  notifies the Court of the removal of *Curt Weiman v. 4283929 Delaware, LLC; Gateway US*

18  *Holdings; Gateway Services, Inc.; Does I through V; and Doe Corporations I through V*, Case No.

19  A-22-856212-C, which was filed in the Eighth Judicial District Court in Clark County, Nevada. In

20  support of said removal, Defendant states as follows:

21          1.      On July 31, 2022, an action was commenced in the Eighth Judicial District Court of

22  Clark County, Nevada, entitled *Curt Weiman v. 4283929 Delaware, LLC; Gateway US Holdings;*

23  *Gateway Services, Inc.; Does I through V; and Doe Corporations I through V.* A copy of the

24  Complaint is attached hereto as **Exhibit 1**.

25          2.      Defendant was served with the Summons and Complaint on September 20, 2022,

26  with a copy of the Complaint and a Summons issued by the state court on or about August 9, 2022.

27  A copy of the Summons is attached hereto as **Exhibit 2**.

28

                                    1

3.      This case is a civil action of which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332, diversity jurisdiction.

4.      Plaintiff is a citizen of the State of Nevada. Complaint, p. 1.

5.      Defendant 4283929 Delaware, LLC is a limited liability company formed under the laws of the State of Delaware. **Exhibit 3**. The sole manager/member of 4283929 Delaware, LLC is Gateway US Holdings, Inc.[1]

6.      Defendant Gateway US Holdings, Inc. is a corporation organized under the laws of the State of Delaware with its principal place of business located in Cranston, Rhode Island.[2] **Exhibit 4**.

7.      Defendant Gateway Services, Inc. is a corporation organized under the laws of the country of Canada with its principal place of business located in Guelph, Ontario, Canada. **Exhibit 5**.

8.      Defendants Gateway US Holdings, Inc. and Gateway Services, Inc. have not been served with the Summons and Complaint.

9.      As such, there is now and there was at the time of the commencement of this action, complete diversity between Plaintiff and Defendant.

10.     Plaintiff's Complaint appears to allege two causes of action (1) breach of contract; and (2) accounting.

11.     On December 20, 2021, Plaintiff served a settlement demand wherein he claimed he was owed "$50,000 in regular bonuses in addition to the $250,000.08 in transaction bonuses." **Exhibit 6**; *see* Complaint, p. 1 ("This case is exempt from arbitration because the damages involved greatly exceed the statutory limit for arbitration referrals."), p. 2 ("The Defendants breached the amended contract by failing to pay the Plaintiff the Transaction Bonus and the $25,000 regular

---

[1] "[L]ike a partnership, an LLC is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).

[2] For the purpose of determining diversity of citizenship, a corporation is a citizen both of its state of incorporation and the state "where it has its principal place of business." 28 U.S.C. § 1332(c)(1). A corporation's "principal place of business" is defined as "the place where the corporation's high-level officers direct, control, and coordinate the corporation's activities." *3123 SMB LLC v. Horn*, 880 F.3d 461, 463 (9th Cir. 2018) (citing *Hertz Corp. v. Friend*, 559 U.S. 77, 80 (2010)).

bonus . . . for fiscal years 2021 and 2022); Nev. Rev. Stat. § 38.250(1)(a) (establishing that all cases where the "amount in issue does not exceed $50,000 per Plaintiff" is subject to mandatory arbitration). Thus, Plaintiff is claiming a minimum of $300,000.08 in damages.

12.     Therefore, this Court has original jurisdiction over the subject matter of this action under the provisions of 28 U.S.C § 1332(a) in that there is complete diversity between the parties and more than $75,000 in controversy exclusive of interest and costs. Pursuant to 28 U.S.C § 1441, Defendant is therefore entitled to remove this action to this Court.

13.     This Notice of Removal is being filed within thirty (30) days of receipt of any pleadings setting forth the claim for relief upon which the action is based and is, therefore, timely under 28 U.S.C. § 1331 and § 1446(b).

14.     Venue is proper in this Court as this is the court for the district and division embracing the place where the action is pending in state Court.  28 U.S.C. § 1391.

WHEREFORE, Defendant prays that the above-referenced action now pending in the Eighth Judicial District Court of the State of Nevada in and for the County of Clark be removed therefrom to this Court.

Dated this 10th day of October, 2022.

JACKSON LEWIS P.C.

*/s/ Joshua A. Sliker*
JOSHUA A. SLIKER, ESQ
Nevada Bar No. 12493
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*4283929 Delaware, LLC*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of Jackson Lewis P.C., and that on this 10th day of October, 2022, I caused to be served via the Court's CM/ECF Filing, a true and correct copy of the above foregoing **NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT** properly addressed to the following:

Richard Segerblom, Esq.
602 S, 10th Street
Las Vegas, Nevada 89101
rsegerblom@lvcoxmail.com

*Attorneys for Plaintiff*
*Curt Weiman*

*/s/ Joshua A. Sliker*
Employee of Jackson Lewis P.C.