# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CURT WEIMAN,<br>    Plaintiff(s),<br>v.<br>4283929 DELAWARE, LLC, et al.,<br>    Defendant(s). | Case No. 2:22-cv-01707-MMD-NJK<br>**Order**<br>[Docket No. 6] |

Pending before the Court is Defendant 4283939's motion to extend the deadline to respond to the complaint. Docket No. 6. No response was filed. For good cause shown, the motion is **GRANTED** and the deadline to respond to the complaint is **EXTENDED** to November 1, 2022.

IT IS SO ORDERED.

Dated: October 20, 2022

_____
Nancy J. Koppe
United States Magistrate Judge