1

RICHARD SEGERBLOM, ESQ
Nevada Bar No. 1010

2

602 S. 10th Street
Las Vegas, Nevada 89101

3

Telephone: (702) 388.9600

4

Email: rsegerblom@lvcoxmail.com
Attorney for Plaintiff

5

Curt Weiman

6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF NEVADA**

8

CURT WEIMAN,                                               Case No.: 2:22-cv-01707-MMD-NJK

9

10

              Plaintiff,

              vs.

11

4283929 DELAWARE, LLC; GATEWAY US

12

HOLDINGS, INC.; GATEWAY SERVICES,
INC.; DOES I through V; and DOE

13

CORPORATIONS I through V,

14

              Defendants.

15

16

**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF**

17

**TO FILE OPPOSITION TO MOTIONS TO COMPEL, DISMISS**

18

**AND STAY DISCOVERY**

19

**(First Request)**

20

        IT IS HEREBY STIPULATED AND AGAREED by the parties' counsel of record that

21

Plaintiff will have a fourteen (14) day extension of time, up to and including November 29, 2022,

22

to file its opposition to the Defendant's MOTIONS TO COMPEL ARBITRATION; MOTION TO

23

DISMISS OR, ALTERNATIVELY STAY THE CASE; AND MOTION TO STAY DISCOVERY.

24

(ECF 11, 12 and 13).  Plaintiff's attorney has been running for re-election as a Clark County

25

Commissioner and needs additional time to evaluate and respond to the factual and legal allegations

26

in this matter.

27

28

1

1    Accordingly, the stipulation is sought in good faith.  This is the first request for an extension

2  of this deadline.

3    Dated this 14th day of November, 2022.

4                                                       JACKSON LEWIS P.C.

5

6  /s/ Richard Segerblom                        /s/ Kyle J. Hoyt
   RICHARD SEGERBLOM, ESQ.            JOSHUA A. SLIKER, ESQ.
7  Nevada Bar No. 1010                          Nevada Bar No. 12493
   602 S. Tenth Street                          KYLE J. HOYT, ESQ.
8  Las Vegas, NV 89101                          Nevada Bar No. 14886
                                                300 S. Fourth Street, Suite 900
9  Attorney for Plaintiff                       Las Vegas, Nevada 89101
   Curt Weiman
10
                                                Attorneys for Defendant
11                                              4283929 Delaware, LLC

12

13

14

15                                  **ORDER**

16      IT IS SO ORDERED:

17      _____

18      United States Magistrate Judge

19       November 15, 2022
        _____
20      DATE

21

22

23

24

25

26

27

28

2