| | |
|---|---|
| 1 | JOSHUA A. SLIKER, ESQ |
| | Nevada Bar No. 12493 |
| 2 | AMANDA PATANAPHAN, ESQ. |
| | Nevada Bar No. 15080 |
| 3 | **JACKSON LEWIS P.C.** |
| | 300 S. Fourth Street, Suite 900 |
| 4 | Las Vegas, Nevada 89101 |
| | Telephone: (702) 921-2460 |
| 5 | E-Mail: joshua.sliker@jacksonlewis.com |
| | E-Mail: amanda.patanaphan@jacksonlewis.com |

*Attorneys for Defendants*
*4283929 Delaware, LLC;*
*Gateway US Holdings, Inc.; and*
*Gateway Services, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CURT WEIMAN, | Case No.: 2:22-cv-01707-MMD-NJK |
| Plaintiff, | ORDER GRANTING |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 4283929 DELAWARE, LLC; GATEWAY US HOLDINGS, INC.; GATEWAY SERVICES, INC.; DOES I through V; and DOE CORPORATIONS I through V, | |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

JACKSON LEWIS P.C
LAS VEGAS

1

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff CURT WEIMAN, by and through his counsel, Law Offices of Richard Segerblom, Esq., and Defendants 4283929 DELAWARE, LLC., GATEWAY US HOLDINGS, INC., and GATEWAY SERVICES, INC., by and through their counsel, the law firm of Jackson Lewis P.C., hereby stipulate to the Dismissal with Prejudice of this action, including all claims against all parties, with each party to bear its own attorneys' fees and costs.

DATED this 26th day of July, 2025.

| LAW OFFICES OF RICHARD SEGERBLOM | JACKSON LEWIS P.C. |
|---|---|
| */s/ Richard Segerblom* | */s/ Joshua A. Sliker* |
| RICHARD SEGERBLOM, ESQ. | JOSHUA A. SLIKER, ESQ |
| Nevada Bar No. 5134 | Nevada Bar No. 12493 |
| 8275 S. Eastern Avenue, Suite 200 | 300 S. Fourth Street, Suite 900 |
| Las Vegas, Nevada 89102 | Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff Curt Weiman* | *Attorneys for Defendants 4283929 Delaware, LLC; Gateway US Holdings, Inc.; and Gateway Services, Inc.* |

**ORDER**

IT IS SO ORDERED.

_____
United States District Judge

Date: July 28, 2025